## ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Kenny Construction Company | ) | ASBCA No. 59756 |
| | ) | |
| Under Contract No. DACW27-02-C-0025 | ) | |

APPEARANCES FOR THE APPELLANT:    Joseph S. Guarino, Esq.
Christopher M. Burke, Esq.
  Varela, Lee, Metz & Guarino, LLP
  Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
Kimberly J. Sabo, Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, Chicago

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 25 July 2017

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59756, Appeal of Kenny Construction Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals